UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 12-7498 DSF (AJWx) | Date | 9/10/12 |
|---|---|---|---|
| Title | Arturo Martin v. RCSH Operations, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case for Lack of Subject Matter Jurisdiction

  This case was removed from state court on August 31, 2012 by "RCSH Management, Inc., incorrectly sued as RCSH Operations, Inc." Apparently, defense counsel believes that it can unilaterally substitute a different party for the named defendant. This is not a situation where a plaintiff misspelled the name of an entity or identified an entity as a corporation when it is an LLC. There are admittedly two distinct entities: RCSH Operations, Inc., which Plaintiff sued, and RCSH Management, Inc., which he did not. Those two entities do not get to decide between them who will participate in the lawsuit. If Plaintiff sued a company that he never worked for, then he may lose. But he will do it in state court.

  The case is REMANDED to the Superior Court of California, County of Los Angeles.

  IT IS SO ORDERED.